In the Matter of ALECK P. SOWA, Petitioner, v. FRANCIS B. LOONEY, as Commissioner of the Nassau County Police Department, et al., Respondents.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.